**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case No. 13-20283-CIV-GRAHAM/GOODMAN

GERARDO MIJARES, and all others
similarly situated under 29
U.S.C. 216(B),

    Plaintiffs,

vs.

THE PERISHABLE SPECIALIST, INC.,
FRANCISCO RAMOS,

    Defendants.
_____/

## ORDER OF REFERENCE OF MOTIONS

    PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the following motions in the above-captioned cause are hereby referred to United States Magistrate Judge **Goodman** to take all necessary and proper action as required by law:

    1.    Motions for Costs;

    2.    Motions for Attorney's Fees; and

    3.    Motions for Sanctions.

    **DONE AND ORDERED** at Miami, Florida, this 27th day of March, 2013.

                                                      DONALD L. GRAHAM
                                                    UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge Goodman
      All Counsel of Record